# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Lola Russell

        Plaintiff,

v.

Whaleco Inc.

        Defendant.

Case No.: 1:26–cv–04296
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 7/13/2026. Oral motion by plaintiff for leave to file a sur–reply to defendant's motion to compel arbitration is granted, over defendant's objections. Plaintiff's brief shall be no more than 5 pages. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.