**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LOLA RUSSELL, individually and on behalf of similarly situated individuals,<br><br>*Plaintiff,*<br>v.<br><br>WHALECO INC. d/b/a TEMU, a Delaware corporation,<br><br>*Defendant.* | Case No. 1:26-cv-04296<br><br>Hon. Sharon Johnson Coleman |

**NOTICE OF DISMISSAL UNDER RULE 41(a)**

Plaintiff Lola Russell ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses this action under Rule 41(a)(1)(A)(i) without prejudice.

Dated: October 7, 2026

Respectfully submitted,

LOLA RUSSELL, individually and on behalf of others similarly situated.

By: *_/s/ Donald S. Cuba II_*

Myles P. McGuire
Evan M. Meyers
Joseph Dunklin
Donald S. Cuba II
McGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
jdunklin@mcgpc.com
dcuba@mcgpc.com

*Attorneys for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 7, 2026, I electronically filed the foregoing *Notice of Dismissal Under Rule 41(a)* with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

By: *<u>/s/ Donald S. Cuba II</u>*